Case 1:26-cv-03701-AT Document 1-1 Filed 03/09/26 Page 1 of 5

**The New York Times** | https://www.nytimes.com/1977/03/20/archives/deep-souths-slew-hester-a-canny-tennis-maverick.html

# Deep South's Slew Hester: A Canny Tennis Maverick

**By Neil Amdur**

March 20, 1977



See the article in its original context from
March 20, 1977, Page 179     Buy Reprints

**VIEW ON TIMESMACHINE**

TimesMachine is an exclusive benefit for home delivery and digital subscribers.

### About the Archive

*This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

*Occasionally the digitization process introduces transcription errors or other problems; we are continuing to work to improve these archived versions.*

Exhibit A - Times Article

He likes to play the good old boy. There is the smile and the outstretched hand. Cigars, long and mild. Bourbon, red sour mash. Sometimes he even plays secretary at his office, answering the phone with only one word, "Hey!"

"The only difference between me and fellow Southerner Jimmy," W. E. (Slew) Hester Jr. says, about another president, "is that he gives you peanuts. I give you baloney."

Slew Hester is the first deep Southerner to serve as president of the United States Tennis Association. In his first month since taking office, the 64year-old oil wildcatter from Jackson, Miss., has served more prime ribs than baloney to his tennis colleagues.

Stripping away the veil of privacy that often inhibited predecessors, Hester went on record and said the United States would play its Davis Cup match against South Africa next month in Newport Beach, Calif., with or without the blessings of black African nations.

He pushed for the adoption of an experimental point-penalties system to control the sometimes turbulent behavior of players. And last week, he disclosed that the U.S.T.A. was prepared to spend $6 million to make Flushing Meadow Park the future home of the United States Open championships and a major public facility.

Skeptics insist that Hester is moving himself into no-man's land by leaving the secure confines of the West Side Tennis Club and rallying with New York City politicians. But others who have watched him hit winners with 85 to 90 of his 200 oil digs and then pour his time and enthusiasm into tennis are believers.

On Gaining Knowledge

"He's a very colorful guy," acknowledged Bob Briner, the executive director of the Association of Tennis Professionals, the 215-member men's group, which has endorsed any move from Forest Hills to Flushing Meadow Park. "Everybody was really worried about Slew when he first took over. But from the players' point of view, we're delighted because he's created more dialogue between our association and the U.S.T.A. than ever before."

Exhibit A - Times Article

"He's frank and he's fair." added Charles Tucker, a past president of West Side, who has dealt with Hester on a variety of issues.

Slew Hester says he tries to be honest because once you start playing with the facts, "you don't remember which lie you told to whom."

He also lives by a credo. The way you attain knowledge, Hester says, is to go to college, get an education, start an argument, take either side, and then put your money in.

Between winning 500 tennis trophies and a Bronze Star for running part of the "Redball Express" during World War II, Hester was so good a salesman that he helped a friend make $56 million in the oil business, give or take a few mil. He has drilled enough dry wells, he says, to "lose the tail off wildcat," will qualify for Medicare on May 8 but shows no signs of losing his forehand or a firm grip on the pulse of the sport.

Last Thursday, after news leaked about U.S.T.A. interest in Flushing Meadow Park, Lindley Hoffman, the president of West Side, phoned Hester.

"He wanted to know if there was any chance of renegotiation," Hester said by phone yesterday from Jackson, Miss. "My statement to him was that if we got the concession from the city, as we've asked or will ask for formally, we were obligated to build the stadium at Flushing Meadow Park."

Hester pulls no punches, and not just because he weighs 205 pounds or enjoys his Glenmore bourbon on the rocks.

AO.

He was the U.S.T.A. delegate who moved to take the 1964 Davis Cup Challenge Round to Cleveland, after it had been a fixture at Forest Hills. When some U.S.T.A. members told Hester there was no way trucks could install. lights in the stadium in time for night play at the United States Open two years ago, he had the steel poles put up by helicopter.

Exhibit A - Times Article

The decision to leave West Side carries profound implications. Not too long ago tennis primarily was a sport for the upper classes, played behind the fences and ivy vines of private clubs whose discriminatory policies often mirrored the narrow attitudes of its leaders.

The annual dues at West Side, about $600. are relatively low because of the six-figure revenue the club receives from the United States Open. Members remain divided about the good or evil brought on by the championships, but there is general agreement that dues will increase if the Open goes elsewhere and no substitute event can be found.

The impasse in current contract negotiations between West Side and the U.S.T.A. involved priorities. West Side wanted extensive internal improvement before any renovations related to the tournament.

Taking a hint from the oil business, where "selling abstract ideas" is the first step for a wildcatter, Hester used the stalemate as an occasion to dig other holes. "Thirty days after we get the concession, if we get it," he says, referring to the possibility of a longterm agreement with the city, "we're going to be breaking ground on something."

Hester will treat the Flushing Meadow Park project with the care of a live oil field. 'There's no way I can delegate the authority," he says. "Every idea on the thing is mine."

With his background of building tennis clubs for friends in Jackson. New. Orleans, Charlotte and other Southern cities, Hester brings the same track record to an assignment that Sonny WerbLin did to Giants Stadium and the New Jersey sports complex.

"Whenever I start on something," he says, "I get it done." But Hester also understands the limitations of his position. He has reappointed Stan Malless, a past president, to handle the association's international affairs ("because you can't he everywhere") and hopes to experiment with smaller four or fiveman officiating teams to improve the flow of matches and the relationship with players.

Exhibit A - Times Article

Case 1:26-cv-03701-AT    Document 1-1    Filed 03/09/26    Page 5 of 5

About the only mystery attached to Hester has been his nickname. He was born William Ewing Hester, and his family still calls him "Ewing." But since about 1918, he has been just plain "Slew" to almost everybody,

Toe NOW TOM (Imes W. E. (Slew) Hester Jr.

Exhibit A - Times Article