# USTA BILLIE JEAN KING NATIONAL TENNIS CENTER QUICK FACTS

**Groundbreaking Ceremony:** October 6, 1977
**Grand Opening:** August 29, 1978
**Arthur Ashe Stadium Groundbreaking:** March 1, 1995
**Arthur Ashe Stadium Dedication:** August 25, 1997
**Louis Armstrong Stadium Re-Dedication:** August 30, 1999
**USTA Billie Jean King National Tennis Center Dedication:** August 28, 2006

**First US Open match at USTA National Tennis Center:** Bjorn Borg, Sweden, d. Bob Hewitt, South Africa, 6-0, 6-2, August 29, 1978, in Louis Armstrong Stadium
**First US Open match in Arthur Ashe Stadium:** Tamarine Tanasugarn, Thailand, d. Chanda Rubin, Lafayette, La., 6-4, 6-0, August 25, 1997

## FACILITY STATISTICS

**Total acreage:** 42.0 acres
**Courts:** 45 (4 stadium, 13 tournament, 16 practice, 12 indoor)
**Doors & locks:** 1,762
**Public toilets:** 566
**Restaurants:** 5
**Kitchens:** 14
**Food concession stands:** 59
    **Arthur Ashe Stadium:** 20
    **Louis Armstrong Stadium:** 8
    **Grandstand:** 8
    **Food Village:** 15
    **South Plaza:** 6
    **East Plaza:** 2

**Portable concession carts:** 71
**Trash receptacles:** 1,380 (660 for recyclables)
**Water fountains:** 42
**Merchandise stands/stores:** 28
**Elevators:**
    **Arthur Ashe Stadium:** 10 plus 3 handicap lifts
    **Louis Armstrong Stadium:** 2 plus 1 handicap lift
    **Indoor Training Center:** 2
    **Grandstand:** 2
    **South campus:** 4

## SEATING CAPACITY

| Stadium Courts | Seating Capacity | Field Courts and Practice Courts | Courts |
|---|---|---|---|
| Arthur Ashe Stadium | 23,771 | Court No. 4 | 1,066 |
| Louis Armstrong Stadium | 10,103 | Court No. 5 | 1,148 |
| Grandstand | 8,125 | Court No. 6 | 1,032 |
| Court No. 17 | 2,800 | Court No. 7 | 1,494 |
| | | Court No. 8 | 336 |
| | | Court No. 9 | 624 |
| | | Court No. 10 | 1,104 |
| | | Court No. 11 | 1,704 |
| | | Court No. 12 | 1,704 |
| | | Court No. 13 | 1,104 |
| | | Court No. 14 | 502 |
| | | Court No. 15 | 502 |
| | | Court No. 16 | 336 |
| | | Practice Gallery | 672 |

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

Exhibit C

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

## ARTHUR ASHE STADIUM

**Distance from the court to the top seat in the stadium:** 105 ft.
**Luxury Suites:** 90 (Club Level: 44 Mezzanine Level: 46)
**Escalators:** 6
**Number of broadcast booths:** 20
**Number of camera positions:** 16
**Media workstations:** 347

## ROOF STATISTICS

**Opening/closing time:** 7 minutes (approx.)
**Size of opening:** 62,500 square ft.
**Total area:** 236,600 square ft.
**Area of the fabric panel:** 191,400 square ft.
**Weight of gliding panels:** 800 tons
**Distance from the top seat to the bottom of the roof:** 15 ft.
**Height from top of the roof when closed:** 205 ft.
**Distance below the surface reached by steel and concrete-filled pilings:** 180 ft.
**Height of steel support columns:** 150 ft.
**Catenary trusses supporting the roof:** 4
**Length of a catenary truss:** 460 ft.
**Structural beams in superstructure:** 1,700
**Bolts in superstructure:** 115,000
**Weight of steel superstructure:** 6,500 tons
**Winches used to open and close the roof:** 4
**LED sports lights used to light the roof:** 360
**Motors used to power the roof system:** 600 hp
**Maximum wind speed that the roof can still be operated:** 50 mph
**Maximum speed that the panels travel:** 25 feet per minute
**Amount of the sun's energy that can pass through the roof's PTFE (Teflon-coated polytetrafluoroethylen) fabric panels:** 73 percent
**Thickness of the roof's PTFE fabric panels:** 0.03 in.



USTA

Arthur Ashe Stadium

Exhibit C

# THE US OPEN AND NEW YORK

The US Open and the City of New York have enjoyed a special relationship for more than a century. In fact, the US Open has a longer association with the City of the New York than such New York City institutions as the Empire State Building (constructed in 1930), The Tony Awards (first held in New York in 1947), Rockefeller Center (created in 1928) and Lincoln Center (opened in 1966). The US Open also has a longer association with New York than some of its most storied sports franchises, including the New York Knicks of the NBA, who started in 1946; the New York Giants of the NFL, who started in 1925; and the New York Mets of Major League Baseball, who began play in 1962.



USTA/Tim Camuso

In 1915, the men's singles tournament for the U.S. National Championships moved from the Newport Casino in Newport, R.I., where it had been held for 34 years, to Queens and took up residence at the newly constructed West Side Tennis Club in Forest Hills, N.Y. The club had been situated on Manhattan's Upper West Side since 1892, but the growing popularity of tennis demanded more space. The Queens location, a few blocks from the Long Island Railroad Station, with a Tudor-style clubhouse, gave the tournament an accommodating new home in the midst of a world-class tennis center.

According to *Wright and Ditson's Lawn Tennis Guide*, the first tournament in New York was an instant success: "The externals and business side of the tournament surpassed anything ever attempted in this or any country. Courts, schedule, handling of matches, umpiring, accommodations for players and spectators were perfect and the galleries throughout were not only large and enthusiastic, but truly appreciative as well."

The men's singles championships continued at the West Side Tennis Club until 1920, when the event moved to the Germantown Cricket Club in Philadelphia in a short-lived attempt (1921-23) to rotate the championships among different cities. In the absence of the men's championships, the women's championships moved to the West Side Tennis Club in 1921. The men's singles championships returned to New York City in 1923 upon completion of the 14,000-seat horseshoe stadium at the West Side Tennis Club. The men's and women's singles events were played alongside each other in Forest Hills for the next 53 years.

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

Exhibit C

# USTA BILLIE JEAN KING NATIONAL TENNIS CENTER

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

In 1978, the US Open moved across the borough of Queens to the newly constructed USTA National Tennis Center in Flushing, N.Y. Relocating from the private West Side Tennis Club to a public facility in the largest park in Queens provided the US Open with a more spacious venue that could accommodate more fans. US Open attendance increased by 26 percent in the tournament's first year in Flushing Meadows, and the number of attendees continued to rise steadily over the next four decades. By the turn of the 21st century, the US Open was drawing on average three times as many fans as it did in Forest Hills.



Getty Images

**The sweeping transformation of the USTA Billie Jean King National Tennis Center is creating a tennis facility that sets a new standard for spectacular—and enhances the US Open experience for players and fans alike.**

## RISING FROM "THE VALLEY OF ASHES"

New York City Park Commissioner and master builder Robert Moses literally got the ball rolling in Flushing Meadows by converting acres of marshland and a mountainous garbage dump—memorialized by F. Scott Fitzgerald as "the valley of the ashes" in his 1925 novel *The Great Gatsby*—into the site for the 1939-40 New York World's Fair. Moses planned to turn the reclaimed wasteland into a vast park at the Fair's conclusion, but a lack of funds stalled the park's development.

A quarter of a century later, Moses was hired to organize the 1964-65 New York World's Fair, and he again selected Flushing Meadows for the fairgrounds. A stainless steel Unisphere weighing 900,000 pounds and standing 12 stories high—the largest replica of the world ever built—was constructed at the center of the site as the symbol of the Fair. Near it was erected the Singer Bowl, an oval-shaped arena for hosting the Fair's opening ceremonies and other special events, which would join the Unisphere as one of the few structures to remain in the park after the Fair ended in 1965.

The idea for using Flushing Meadows-Corona Park as the US Open grounds took hold a decade later, as negotiations to renew the expiring 10-year contract with the West Side Tennis Club to host the US Open reached an impasse. W.E. "Slew" Hester, soon-to-be president of the USTA, became convinced the tournament had outgrown the West Side Tennis Club. By Christmastime 1976, he knew exactly where to build a new home for the US Open. While flying over Flushing Meadows into LaGuardia Airport, he spotted the Singer Bowl at the northern end of the snow-covered park. Renamed Louis Armstrong Memorial Stadium in 1973 in honor of the jazz giant who had lived in the Corona section of Queens, the arena was used occasionally for rock concerts and other proceedings after the Fair, but it fell into disrepair during New York City's fiscal crisis and was closed down in 1974.

Hester inspected the park grounds the same day he flew over the arena, and within a matter of days he had an agreement in principle with city officials to build a public tennis center in the

Exhibit C

park, with 27 outdoor courts, 9 indoor courts, locker rooms, klieg lights and food concessions—all anchored by Louis Armstrong Stadium, which the USTA promised to rehabilitate. Architect David Specter came up with the idea of converting the arena's western half into an octagonal bowl to create two adjoining structures—Louis Armstrong Stadium and the Grandstand—and ground was broken on October 6, 1977. Remarkably, the USTA National Tennis Center was completed 10 months later, just in time for the 1978 US Open.

At the signing of the agreement with the USTA, New York City Mayor Abraham Beame said, "This venture is perhaps unique in the country between a municipality and an athletic organization. The entire cost of constructing and rehabilitating the facility is being underwritten by the USTA. In most arrangements, municipalities build and maintain stadiums in order to lure sports attractions."

In addition to financing the tennis center's construction, the USTA agreed to maintain the facility for public use and fund its operating costs while paying a hefty rent to the City of New York for occupying the property, which the USTA could use for events up to 60 days each year. In fact, the USTA Billie Jean King National Tennis Center is open to the public for 11 months annually, from 6:00 a.m. to midnight every day of the week—closing only on Thanksgiving, Christmas and New Year's Day and for the US Open Qualifying Tournament and the US Open. In addition, the USTA makes available to the public a wide range of tennis activities and events at the USTA Billie Jean King National Tennis Center, including 10 and Under Tennis, junior tennis programs, adult tennis programs, tennis camps, tournaments and private lessons. Indoor and outdoor courts can be reserved in advance.

In the years since the agreement first went into effect, its benefit to New York City has grown with the US Open. A study conducted by AKRF, Inc., in 2010 found that the tournament generates approximately $756 million in direct revenue for the tri-state area—more than any other sports or entertainment event in any city in the United States.

## HONORING TWO OF TENNIS'S GREATEST ICONS

Within a decade of the facility's opening, the USTA began looking at ways to improve it, including adding more land and building a new main stadium. In 1993, New York City Mayor David Dinkins signed a lease extension that gave the USTA use of additional acreage and laid the groundwork to build a new main stadium, renovate Louis Armstrong Stadium and expand the rest of the site's tennis facilities. Begun in 1995, the four-year construction project cost the USTA $285 million and increased the number of courts from 25 to 45 while more than doubling the size of the grounds to 46.5 acres.

The building of Arthur Ashe Stadium, the world's largest tennis stadium, coupled with the redesigned grounds, which made it possible for fans to view the action on each field court from all four sides, ended the USTA National Tennis Center's tenure as a makeshift home. Designed by Rossetti Associates Architects, the makeover linked the home of the US Open to its World's Fair roots by having its new centerpiece, Arthur Ashe Stadium, face the Unisphere. More importantly, the expansion project enabled the US Open to burnish its status as a world-class event and to grow with the times. When the revamped facility opened in 1997, the tournament drew nearly half a million more fans than when Arthur Ashe won the first US Open men's singles championship in 1968.

"Through the years, many people have honored Arthur and his work," Jeanne Moutoussamy-Ashe said when the USTA announced in early 1997 that the main stadium would be named for her late husband, one of tennis's finest ambassadors and humanitarians. "All of the honors have been very flattering and much appreciated. But I think Arthur would be extremely proud of this honor because he was very committed to the USTA and to helping it create opportunities for those who need them most."

In 2006, the USTA honored another tennis legend by renaming the entire facility after Billie Jean King, the champion for equality and social change. During the dedication of the USTA Billie Jean King National Tennis Center at the start of the 2006 US Open, King said, "I truly hope tonight with the naming, people really start to think about this area and the complex here that continually improves, that they will start to use it more and more. This really does belong to the people, and I think that's important."

## FURTHER RENOVATIONS, IMPROVEMENTS AND TRANSFORMATIONS

The USTA Billie Jean King National Tennis Center has been the scene of a number of enhancements and upgrades since it expanded in 1997.

In 2008, the USTA unveiled a new state-of-the-art indoor tennis building, constructed near the

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

# Exhibit C

East Gate on the same site as the original indoor tennis facility that opened in 1978. Built at no cost to taxpayers, the three-story, 245,000-square-foot structure has 12 indoor tennis courts with viewing areas, training center classrooms, locker rooms and fitness facilities. Additional upgrades were also introduced in 2008 at the opposite end of the grounds, with a $7.5 million renovation to Arthur Ashe Stadium that improved the players' lounge, locker rooms and fitness facilities, expanded the capacity for player operations and created more space for medical, training and administrative areas.

In 2011, the US Open's fourth-largest show court, Court 17, made its debut. Featuring a court sunk seven feet into the earth to create a more intimate environment for players and spectators alike, the stadium provides seating for 2,800 fans.

Shortly before the 2013 US Open, the USTA announced its biggest renovation project of all: a five-year reimagining of the US Open grounds that would be implemented in three stages and would ensure the USTA Billie Jean King National Tennis Center remains a world-class venue far into the future by creating a facility that sets a new standard for spectacular. Since 1978, the USTA had invested more than $500 million of its own funds into the USTA Billie Jean King National Tennis Center. The five-year transformation project, which primarily entails the replacement and renovation of aging facilities and infrastructures, has required the USTA to add another $600 million to its original investment. As a direct result of these collective enhancements, the facility will eventually be able to accommodate an extra 10,000 people each day during the US Open, increasing attendance by approximately 100,000 visitors—which will amount to a significant economic boost to Queens, New York City and the entire metropolitan region.

## US OPEN OF TOMORROW

The 2014 US Open introduced the first phase of the strategic transformation of the USTA Billie Jean King National Tennis Center with the opening of the West Stadium Courts and Practice Gallery. Featuring elevated seating to create a unique three-court stadium viewing experience that makes it possible to watch competitive action simultaneously on three tournament courts— Nos. 4, 5 and 6—the two-story viewing area also provides unobstructed views of US Open seeded players preparing for their next match on the five practice courts to the west of Arthur Ashe Stadium.

The 2016 US Open marks the unveiling of the second phase of the transformation, highlighted by the completion of a fully operational retractable roof over Arthur Ashe Stadium. It is the largest retractable roof for a tennis stadium in the world—so large, in fact, that Wimbledon's entire Centre Court would fit through the 62,500-square-foot opening. More than 6,500 tons of steel form the superstructure, which contains 1,700 structural beams and 115,000 bolts. A total of 176 steel and concrete-filled pilings, driven 180 feet below the surface, anchor the 24 steel columns that support the superstructure.

Also debuting in 2016 is a new Grandstand in the southwestern corner of the campus. (The old Grandstand is being used during this year's tournament as a practice court.) A fabric canopy surrounding two-thirds of the new Grandstand ensures that almost all of the 8,125-plus seats are in shade during the entire day, while three rows of sails around the exterior have been designed to block wind but allow natural light to shine through. A patio deck at the top of the stadium along its southeast quadrant allows fans to watch the action inside the new Grandstand as well as on Courts 8, 9 and 10.

Other upgrades being unveiled in 2016 include completely renovated field courts with hundreds of extra seats, a redesigned South Plaza with an expanded landscaped area providing shade for fans, more merchandise booths and concession stands, and a greatly widened 500-foot allée that connects the new Grandstand with Court 17.

Construction will begin after this year's tournament on an all-new Louis Armstrong Stadium, which will be the facility's second arena to have a retractable roof. Rising from the very same spot as the Singer Bowl—the arena that triggered the tournament's move to Flushing Meadows—it will bring the US Open to a new starting point. When the new Louis Armstrong Stadium becomes operational in 2018 for the US Open's 50th anniversary, the entire original facility will have been remade, and the transformation of the USTA Billie Jean King National Tennis Center to keep the US Open at the pinnacle of the world's top sporting experiences will be complete.

*42*

Exhibit C

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

## ARTHUR ASHE COMMEMORATIVE GARDEN

The Arthur Ashe Commemorative Garden, located in front of the South Entrance to the USTA Billie Jean King National Tennis Center and facing the main entrance to Arthur Ashe Stadium, was dedicated at the 2000 US Open to commemorate the life, legacy and spirit of Arthur Ashe. The premier feature of the garden is a 14-foot high bronze sculpture entitled "Soul in Flight" and created by distinguished American painter and sculptor Eric Fischl. Selected by Ashe's widow Jeanne Moutoussamy-Ashe and a USTA committee, the sculpture does not depict Ashe but represents his spirit.

"Rather than merely capturing Ashe's physical likeness, I wanted to find a way to celebrate his unique character and strength in the time-honored and symbolic language of classical sculpture," Fischl said.

Said Moutassamy-Ashe, "I believe he would approve of this commemorative statue. I am also pleased that the figure celebrates the life of an African-American man in a park that serves an incredible mosaic of ethnic groups in this great city."

The garden is encircled by a wall with a quote from Ashe: "From what we get, we can make a living; what we give, however, makes a life."



## AVENUE OF ACES®

The "Avenue of Aces®" is a walkway of personalized pavers that welcomes fans as they enter the grounds of the USTA Billie Jean King National Tennis Center through the East Gate. Legendary champions Andre Agassi, Chris Evert, Stefanie Graf, Billie Jean King, Ivan Lendl, John McEnroe, Martina Navratilova, Pete Sampras and Randy Snow all have a paver that anchors their own "Neighborhood." Ordering a personalized paver on the Avenue of Aces® supports the USTA Foundation, the charitable arm of the USTA, which brings together the powerful combination of tennis and education to change the lives of under-resourced youth, military heroes and individuals with disabilities. The Foundation utilizes financial grants, scholarship opportunities, curricula, technical assistance and training to make a lasting difference, with a primary focus of developing and ensuring the sustainability and effectiveness of the National Junior Tennis & Learning (NJTL) network.

Exhibit C    43

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

## US OPEN COURT OF CHAMPIONS

The US Open Court of Champions honors and celebrates the achievements of the event's greatest champions with a permanent individual monument that stands as part of an outdoor pavilion—bounded by the South Entry Gate and the Arthur Ashe Commemorative Garden and Sculpture—and features a complete listing of all tournament singles champions since the competition began in 1881.

To be eligible for the US Open Court of Champions, players must have won at least one singles title at the U.S. Championships and have been retired from singles at the US Open for at least five years.



Getty Images

**Unveiled in 2003, the US Open Court of Champions honors the US Open's greatest players in tournament history. Their accomplishments are commemorated with plaques that serve as a lasting tribute to the event's legendary champions.**

| Induction Year | Men | Women |
|---|---|---|
| 2003 | Bill Tilden<br>Rod Laver<br>Jimmy Connors | Helen Wills<br>Billie Jean King<br>Chris Evert |
| 2004 | Jack Kramer<br>John McEnroe | Margaret Court<br>Steffi Graf |
| 2005 | Ivan Lendl | Maureen Connolly |
| 2006 | Don Budge | Martina Navratilova |
| 2007 | —— | Althea Gibson |
| 2008 | Pete Sampras | Molla B. Mallory |
| 2009 | Arthur Ashe | —— |
| 2010 | Ken Rosewall | Margaret Osborne duPont |
| 2011 | Pancho Gonzalez | —— |
| 2012 | Andre Agassi | —— |
| 2013 | —— | Monica Seles |
| 2014 | Tony Trabert | —— |
| 2015 | —— | —— |
| 2016 | —— | Tracy Austin |

44

# Exhibit C

## SOUTH PLAZA FOUNTAIN

The South Plaza was redesigned as a vibrant meeting place for the 2005 US Open and has been designed again for the 2016 US Open. At the heart of the plaza is a fountain designed by WET Enterprises, the internationally recognized designers of the groundbreaking water feature at the Bellagio in Las Vegas. Architecturally, the two pools of the fountain reinforce the axis between the Unisphere and Arthur Ashe Stadium. The underground vault housing the pumps could hold more than one million tennis balls, and the entire fountain contains more than half a mile of piping. Clad in black Masabi granite, the fountain basins provide a waterside seat for the uniquely choreographed water jets embedded in each basin. Computers control the level of each water jet, allowing them to work in a variety of animated ways—from a low bubble to soaring streams of water more than 20 feet high. The fountain basins are also able to "play," as the animation controls are able to create a variety of water shows, movement and sound.



**The two pools of the South Plaza Fountain form a popular gathering spot for US Open fans.**

## DRAWBOARD

Covering close to 4,000 square feet and attached to the side of Louis Armstrong Stadium by more than 42 tons of steel, the hand-operated drawboard is accessed by four ladders weighing nearly 500 lbs. each. The results are posted as every match concludes.



**The drawboard on Louis Armstrong Stadium keeps fans up to date on all the latest results.**

Exhibit C

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

## US OPEN GREEN INITIATIVE



reduce. reuse. recycle.

The US Open's green initiative is nearly a decade old and during this period has significantly impacted the environmental footprint of the toughest two weeks in tennis.

From recycling to composting to energy management, the 2016 US Open plans to be the most eco-friendly in the event's history. Working in conjunction with eco evolutions llc, an expert in the field of sustainability, and the Green Sports Alliance, a unique collaboration between sports leagues, venues and teams, the USTA has expanded upon the US Open's green program each year—and 2016 is no exception.

As the USTA Billie Jean King National Tennis Center undergoes its transformation, the USTA is focused on making sustainable construction and building decisions. Fans can feel good walking through the new Grandstand stadium knowing that during its construction more than 80 percent of the waste generated was recycled and that its white roof reflects heat and keeps fans cooler while they watch  some of the hottest tennis of the summer.

Entertaining more than 700,000 fans during the two-week event requires significant resources and another opportunity for the USTA to do something good for our environment. Champion Energy Services, the US Open's energy provider, is supplying Green-e certified renewable energy certificates to match the electricity consumption generated during the 2016 US Open. In addition, tennis is being played throughout the site under LED lights, helping to decrease our energy consumption. The elite players traveling to the US Open to battle for the most coveted prize in tennis need not worry about the impact their flight or car travel might have on the environment; the US Open has offset the carbon emissions generated by their arrival to New York with Green-e certified carbon offsets.

Many of the other elements of the US Open green initiatives are much more tangible, and fans are encouraged to explore the USTA Billie Jean King National Tennis Center to see them all, including water refill stations, sustainable food options and low-flow plumbing fixtures.

We encourage everyone—players and fans alike—to reduce, reuse, recycle and help us turn the largest-attended annual sporting event in the world into the most environmentally conscious.

Exhibit C

# TENNIS YEAR-ROUND AT
# THE HOME OF THE US OPEN

The USTA Billie Jean King National Tennis Center is one of the world's largest and busiest public tennis facilities, with 30 outdoor and 12 indoor courts and a staff of more than 20 USPTA and/or PTR-certified professionals conducting programs, clinics, private lessons, leagues and tournaments year-round. The facility also supports all USTA Community Tennis and Player Development initiatives.

The USTA pays the City of New York more than $2.4 million per year in rent and is permitted to use the facility for its own events, including the US Open, for no more than 60 days a year, ensuring the facility's use by the public for 10 months. In actuality, the USTA Billie Jean King National Tennis Center is open to the public seven days a week, 11 months a year, closing only on Thanksgiving, Christmas and New Year's Day.

**Community Tennis initiatives include:**
- 10 and Under Tennis programming for children to learn tennis in a fun and dynamic way
- USTA Junior Team Tennis for youth match play
- USTA League for competitive, level-of-play competition
- Cardio Tennis site for on-court heart pumping fitness
- Doubles Drill and Play for the serious tennis player
- Summer junior camps
- Summer adult and weekend junior clinics

**Player Development initiatives include:**
- Home of USTA Training Center – East, and additional Player Development programs for top-ranking juniors residing in the Northeast
- Invitational USTA Competition Training Center (CTC) for ranked players
- Year-round USTA Tournament Training Program (TTP) for ranked juniors
- Junior Development and High School Junior Development classes
- A Tennis Academy

**Key annual tournaments and events include:**
- The US Open National Playoffs Eastern Sectional Qualifying Tournament
- The USTA Men's, Women's, and Mixed National Open Indoor Championships
- The Jana Hunsaker Memorial Eastern Wheelchair Championships, an ITF event
- USTA-sanctioned junior tournaments for every age group at the district, regional, sectional and national levels, including the USTA NTC Summer Championships

**Regional tournaments and events include:**
- Several USTA Eastern events and activities
- New York State Public High School State Championships
- New York Junior Tennis League (NYJTL) and New York City Parks Foundation programs for junior and senior players
- The annual "Mayor's Cup" all-scholastic NYC championships for boys and girls, from middle schools and high schools, in singles, doubles and team competitions
- USTA-sanctioned tournaments for adults and seniors

**Other noteworthy events held at the NTC include:**
- WNBA's first regular season outdoor game: the Liberty Outdoor Classic, July 2008
- 90th Annual American Tennis Association (ATA) National Championships, July 2007
- 80th Annual National Public Parks Tennis Championships, July 2006
- Invacare World Team Cup (wheelchair equivalent of Davis Cup and Fed Cup), 1999
- USTA League Tennis National Championships (5.0 and 2.5 levels), 1997 and 1998
- Davis Cup World Group Quarterfinal (United States d. Czechoslovakia, 4-1), 1981

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

Exhibit C

# BILLIE JEAN KING
## "MOTHER OF MODERN SPORTS"

Frazer Harrison/Getty Images



The USTA National Tennis Center was renamed in honor of Billie Jean King in a ceremony during the opening night of the 2006 US Open. One of her generation's premier athletes and agents for social change, King has long been a champion for equality, creating new inroads for women in and out of sports during her legendary career—and she continues to make her mark today.

Born on November 22, 1943, in Long Beach, Calif., King became one of the most illustrious and celebrated tennis players in history, leaving a lasting and indelible mark on the court. She won 13 total U.S. Championships/US Open women's titles, including four in singles, and was inducted into the inaugural class of the US Open Court of Champions in 2003. In addition, she won a record 20 Wimbledon titles, including six in singles, and won the Australian Open in 1968 and the French Open in 1972, making her one of only 10 women to win the singles title in each of the four Grand Slam events. She was ranked No. 1 in the world five times between 1966 and 1972 and was in the Top 10 a total of 17 years (beginning in 1960). For her career achievements, King was enshrined in the International Tennis Hall of Fame in 1987.

King, however, was active off the court as well as on it. She empowered women and educated men when she defeated Bobby Riggs in one of the greatest moments in sports history—the Battle of the Sexes in 1973—which was one in a long and impressive career of firsts. In 1970, she was one of nine players who broke away from the tennis establishment and accepted $1 contracts from tennis promoter Gladys Heldman in Houston. That revolt led to the formation of the Virginia Slims Tour and the Women's Tennis Association. In 1971, King was the first female athlete to win more than $100,000 in a single season of any sport. And in 1974, she became the first woman to coach a professional team with men when she served as player/coach for the Philadelphia Freedoms of World TeamTennis, which she founded the same year.

King, who resides in New York and Chicago, has been heralded as an ardent defender of equal rights throughout her life and career. She founded the Women's Sports Foundation in 1974 to advance the lives of girls and women through sports and physical activity and, in 1987, established WTT Charities, Inc., to promote health, fitness, education and social change. In 1990, *Life* magazine named her one of the "100 Most Important Americans of the 20th Century," and in 1994 she ranked No. 5 on *Sports Illustrated's* "Top 40 Athletes" list for significantly altering or elevating sports during the last four decades.

To this day, King remains active in a number of important causes. She serves as a director on several boards, including the Elton John AIDS Foundation and the Women's Sports Foundation. And although her place in tennis has certainly been secured as one of the all-time greats, King has remained active in the sport she loves. King coached the U.S. Olympic women's tennis teams in 1996 and 2000 and the U.S. Fed Cup team for 10 years, leading the United States to four Olympic gold medals and the 1976, 1996, 1999 and 2000 Fed Cup titles.

For her efforts on and off the court, in 2003 she received the prestigious Philippe Chatrier Award, the International Tennis Federation's highest honor, recognizing individuals for their contribution to tennis. And in addition to her place in the US Open Court of Champions and the International Tennis Hall of Fame, King is enshrined in the National Women's Hall of Fame. In 1998, she became the first athlete to receive the prestigious Elizabeth Blackwell Award, which is given by Hobart and William Smith College to a woman whose life exemplifies outstanding service to humanity, and in February 1999, King won the Arthur Ashe Award for Courage for her fight to bring equality to women's sports. In 2009, she was awarded the Presidential Medal of Freedom, the nation's highest civilian honor, in a ceremony at the White House.

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

Exhibit C

## BILLIE JEAN KING—CLOSE UP

**Current Activities:**
- Co-founder and majority owner, World TeamTennis
- Founder, GreenSlam, to inspire sports fans, players and the industry to create positive environmental change
- Member of the President's Council on Fitness, Sports and Nutrition
- Authored a number of books, including "Pressure is a Privilege: Lessons I've Learned from Life and the Battle of the Sexes"
- Board member of the Elton John AIDS Foundation, National AIDS Fund and Women's Sports Foundation

**Career Highlights:**
- Won 71 singles titles, including 12 Grand Slam tournament singles titles
- Won 39 Grand Slam singles, doubles and mixed doubles titles, including a record 20 Wimbledon titles
- First female athlete to win more than $100,000 in a single season in any sport
- Won battle-of-the-sexes match against Bobby Riggs (Sept. 20, 1973 in Houston)
- Highest singles ranking: 1 (five times between 1966 and 1972)

**Founded:**
- Women's Tennis Association, 1973
- Professional World TeamTennis, 1974
- Women's Sports Foundation, 1974
- *Women's Sports Magazine*, 1974
- World TeamTennis Professional League, 1981
- World TeamTennis Recreational League, 1985
- World TeamTennis Charities, 1987
- Founding member, Women's Sports Legends, 1995
- Donnelly Awards (scholarships given to tennis players who have Type I Diabetes), 1997
- GreenSlam (an environmental initiative for the sports industry), 2007

**Honors:**
- Inducted into the International Tennis Hall of Fame, 1987
- Inducted into the National Women's Hall of Fame, 1990
- Named one of the 100 Most Important Americans of the 20th century by *Life* magazine, 1990
- USTA National Tennis Center renamed in her honor, 2006
- Billie Jean King International Women's Sports Center opened at the Sports Museum of America, 2008
- Received the Presidential Medal of Freedom, 2009

"As a product of the public parks, I am so honored, and I am very honored to be next to Arthur Ashe and to Louis Armstrong, and of course that means a lot to me. This means so much to me, and I hope it will be a beacon of hope. I hope that people will think about dreaming big and going for it throughout the world." **– Billie Jean King**

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

## Exhibit C

# ARTHUR ASHE
# CHAMPION AND HUMANITARIAN


Jeanne Moutoussamy-Ashe

The mere mention of Arthur Ashe elicits feelings of reverence and reflection from tennis fans and players around the world. His name, synonymous with integrity, dignity and class, graces the main stadium at the USTA Billie Jean King National Tennis Center in Flushing, N.Y.—Arthur Ashe Stadium, the largest tennis stadium in the world, opened in 1997 as the centerpiece of the redesigned USTA National Tennis Center—and Arthur Ashe Kids' Day Presented by Hess has evolved into an annual star-studded kickoff to the US Open.

Born on July 10, 1943, in Richmond, Va., Ashe was one of tennis's greatest ambassadors, both on and off the court. In 1968, he became the first African-American man to win the US Open, and he also reached the doubles final in 1968 and the singles final in 1972. Overall, he reached the quarterfinals or better at the US Open on six occasions. In 2009, Ashe was inducted into the US Open Court of Champions in recognition of his performance on the court.

In all, Ashe won 33 titles in his career, including the Australian Open in 1970 and Wimbledon in 1975. Prior to that, he was the first African-American to win the NCAA singles title (for UCLA in 1965), and he went on to represent the United States in the Davis Cup every year from 1965 to 1970, helping his country to the title from 1968 to 1970. Ashe later added two more Davis Cup titles, in 1981 and 1982, as the team's captain, a position he served from 1981 to 1985.

Off the court, Ashe worked tirelessly to eliminate racism and poverty around the world. In 1973, after being turned down for a visa three previous times, he traveled to South Africa for the first time and became the first black man to compete in the South African Open. After he won the doubles title with Tom Okker, South African poet Don Mattera told Ashe, "You have shown our black youth that they can compete with whites and win." The black South Africans gave Ashe a nickname during his trip to South Africa, "Sipho," which means "a gift from God" in Zulu.

Ashe also devoted countless time and effort to creating tennis opportunities for youngsters from all backgrounds. In 1969, he co-founded the National Junior Tennis League (now the National Junior Tennis and Learning network) with Charlie Pasarell and Sheridan Snyder. Ashe envisioned NJTL "as a way to gain and hold the attention of young people in the inner cities and other poor environments so that we can teach them about matters more important than tennis." Since then, NJTL has grown to more than 600 chapters serving more than 250,000 youths each year, making it one of USTA's largest community-based offerings.

"There are a lot of tennis players who won more majors than Arthur, but I can't think of a single player who has impacted the world community as much as he did and still does," said Malivai Washington, a Wimbledon finalist in 1996. "Whether it was his dedication to youth, fighting AIDS or fighting for human rights, he realized his purpose on earth went far beyond hitting a tennis ball. That to me is inspirational."

After brain surgery in 1985, Ashe learned that he was HIV positive, having likely been infected during either of two heart surgeries he underwent in 1979 and 1983. The diagnosis, however, only steeled Ashe's resolve. He addressed the United Nations General Assembly in 1992, urging increased funding for AIDS research, and also started the Arthur Ashe Institute for Urban Health, an organization that brings programs to the inner city to educate and promote better health care. Also in 1992, Ashe was named *Sports Illustrated's* "Sportsman of the Year," only one year before his death at age 49 due to AIDS-related pneumonia.

In 2000, the USTA dedicated the Arthur Ashe Commemorative Garden at the USTA National Tennis Center. The garden features the statue "Soul in Flight" as well as an engraving of Ashe's quote, "From what we get, we make a living; what we give, however, makes a life."

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

Exhibit C

## ARTHUR ASHE—CLOSE UP

**Career Highlights:**
- First African-American to win the NCAA singles title, 1965
- First African-American male US Open champion, 1968
- Australian Open men's singles champion, 1970
- Wimbledon men's singles champion, 1975
- Won 33 career singles titles and 18 doubles titles
- Achieved a career-best ranking of No. 2 in the world, 1976
- Member of five U.S. Davis Cup champion squads, 1968-70 as player, 1981-82 as captain

**Founded:**
- USTA National Junior Tennis and Learning, 1969
- Athlete Career Connection, an association to assist athletes after they finish college, 1990

**Named:**
- Board member for Aetna Life and Casualty Company, where he represented minority concerns, the causes of the sick and better health care for American citizens, 1982
- National campaign chairman for the American Heart Association, 1983

**Honors:**
- Inducted into the International Tennis Hall of Fame, 1985
- Named *Sports Illustrated* Sportsman of the Year, 1992
- City of Richmond erects The Arthur Ashe Monument on Monument Avenue, 1996
- USTA dedicates Arthur Ashe Stadium, the main stadium for the US Open Tennis Championships, 1997
- USTA dedicates the Arthur Ashe Commemorative Garden at the USTA National Tennis Center, 2000
- Inducted into the US Open Court of Champions, 2009

"(Arthur is) such a role model and impressive to me. His tennis is unbelievable, but there are a lot of great tennis players. There aren't many people who did what he did off the court. He used every bit of his fame and success to help others to make a difference socially. "    **– James Blake on Arthur Ashe**

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

Exhibit C

TOURNAMENT INFO

FACILITY & GROUNDS

EVENTS & ACTIVITIES

HISTORY

PAST CHAMPIONS

RECORDS & STATISTICS

PLAYER RECORDS

# LOUIS ARMSTRONG
## GIANT OF JAZZ



Bradley Smith/Corbis

The Singer Bowl, a temporary stadium built for the 1964-65 New York World's Fair and sponsored by the Singer Sewing Machine Company, was renamed the Louis Armstrong Memorial Stadium during a jazz jamboree concert on July 4, 1973. Armstrong lived a few blocks from the site before his death two years earlier, and the Singer Bowl was renamed to honor the influential musician and vocalist.

Louis Armstrong Stadium (pronounced Lewis Armstrong Stadium) served as the original centerpiece of the USTA National Tennis Center when it opened in 1978 and remained so for 19 years, until the expansion of the facility and the opening of Arthur Ashe Stadium in 1997. After Steffi Graf and Pete Sampras won the US Open singles championships there in 1996, Louis Armstrong Stadium became the facility's No. 2 show court.

Born on August 4, 1901, in New Orleans, La., Louis Armstrong saw his musical career get off to an unusual start. An 11-year-old Armstrong fired a pistol into the sky on New Year's Eve 1912 and a judge subsequently placed him in the Colored Waif's Home for Boys. His first musical instruction came from the Home's band director, Peter Davis. A young Armstrong rapidly made a name for himself locally as an up-and-coming jazz coronet and trumpet player. In 1924, Armstrong and his new wife, Lillian Hardin, moved from his native New Orleans to New York City in hopes of advancing his career as a jazz musician. After he joined the Fletcher Henderson Orchestra, he was on the path to national renown.

By the time he had moved to Corona, N.Y., "Satchmo" (short for "satchel mouth," an apparent play on his breath capacity when playing his instruments) had become an international celebrity. He played with such legends as Bessie Smith (1894-1937), Glenn Miller (1904-44) and Bing Crosby (1903-77). Cutting records, performing for royalty, filming movies and playing in bands small and large, Armstrong traveled an average of 300 days out of the year. He died in Corona on July 6, 1971.

"I never tried to prove nothing, just wanted to give a good show. My life has always been my music, it's always come first, but the music ain't worth nothing if you can't lay it on the public. The main thing is to live for that audience, 'cause what you're there for is to please the people."

**– Louis Armstrong**

52

Exhibit C