Case 1:26-cv-03701-AT   Document 1-4   Filed 03/09/26   Page 1 of 4

**The New York Times**

https://www.nytimes.com/1977/09/09/archives/a-racial-dispute-flares-at-forest-hills-racial-dispute-flares-at.html

# A Racial Dispute Flares at Forest Hills

**By Tony Kornheiser**

Sept. 9, 1977



See the article in its original context from
September 9, 1977, Page 83    Buy Reprints

New York Times subscribers* enjoy full access to
TimesMachine—view over 150 years of New
York Times journalism, as it originally appeared.

**SUBSCRIBE**

*Does not include Crossword-only or
Cooking-only subscribers.

*About the Archive*

*This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

*Occasionally the digitization process introduces transcription errors or other problems; we are continuing to work to improve these archived versions.*

Racial controversy further divided the West Side Tennis Club and the United States Tennis Association yesterday. The controversy was stirred by a West Side official opposed to the planned move of the United States Open tennis championships next year to Flushing Meadow Park.

William J. McCullough, **a** retired captain from the New York City Police Department and the current chairman of West Side officials at the Open, intensified the bitterness during a morning news conference when he referred to the racial composition of the Corona neighborhood near Flushing Meadow and to what he suggested was its residents' unwillingness to support the Open.

### 'A Racial Slur,' Ashe Says

"When the Open comes to Forest Hills, it comes to an environment that wants it," McCullough said. "Now let's talk about moving from a friendly, cooperative environment and going to an unknown …. The people of Corona, 95 percent are Negro… I say this: that when they move from here to a park, they are going to find that they will not only have trouble in making the tennis fans come but in getting the community to work with them."

Upon hearing McCullough's remarks, W.E. (Slew) Hester, the president of the U.S.T.A., said he thought that "Mr. McCullough's comments, which reflect on the Queens borough, are in very poor taste."

**More to read for free.** A mix of top stories and picks from our editors.

Exhibit D



**The Looming Taiwan Chip Disaster That Silicon Valley Has Long Ignored**
13 MIN READ



CRITIC'S NOTEBOOK
**'Survivor' Seems Almost Wholesome Now. Did It Change or Did We?**
8 MIN READ



OPINION
**What Trafficked Girls Think of Jeffrey Epstein and His Pals**
5 MIN READ

"Our investigation of the area does not substantiate it at all," Hester added.

Arthur Ashe, the only black who has ever won the Open, said he intended to speak with McCullough about his remarks. Ashe is the only black member of West Side, having been made an honorary member after winning the Open there in 1968. McCullough, a foriner club membership chairman, said the club had 1,000 members.

"My first impression is that what he said sounds institutionally racist," Ashe said. "It sounds like a racial slur if I ever heard one."

According to figures provided by the Census Bureau, McCullough's assessment of the racial composition of Corona is wrong by a great margin. In 1970, Queens Community Planning Districts 3 and 4, which make up Corona, had a total population of 231,559 people, and 195,152 were white.

McCullough, 60 years old, spoke after having been introduced to the news conference by the president of West Side, Lindley Hoffman. The news conference had been called to assert West Side's desire to prevent the Open from moving, to create public support to keep the Open at its traditional Forest Hills site. As McCullough spoke, Hoffman seemed to turn pale. Later, Hoffman acknowledged that McCullough had probably hurt the club's cause.

**Club Cites Harris Poll**

Hoffman wanted to make the results of a Louis Harris poll, conducted at West Side last Thursday and Saturday, the focal point of the conference. According to the poll, instituted at West Side's request, 54 percent of 2,076 people questioned said that the Open should not be moved to Flushing Meadow.

However, further results of the poll showed that 43 percent of those responding said they would definitely attend the Open in Flushing Meadow and that an additional 37 percent said they probably would. Further, 62 percent characterized parking at Forest Hills as poor. Sixty-two percent said they had arrived at Forest Hills by car.

McCullough's comments, however, overshadowed the poll. He made reference to vandalism in the Corona area, underlining his remarks by stating that he had been a resident of Flushing the last 30 years.

"I could take you now to Kissena Park," he said, "and I could show you a lovely tennis location, and you would see a house that stood there. But all you see now is a chimney. The vandals burned that house down last winter."

McCullough was accused of using scare tactics, of implying that there was some danger to the health and safety of anyone who attended the Open at Flushing Meadow Park.

McCullough denied this. He said:

"I'm suggesting this: You'd find the people of Corona using that park. When they build the Flushing Meadow, these people won't be able to afford to attend these tennis matches."

Hester was predictably upset when he heard of McCullough's comments.

Exhibit D

"The U.S. Open belongs to the nation as a whole," he said, "to all people, whether they are club members or not club members. We feel people of all of Queens would be able to afford both to play on those courts and purchase a ticket."

The ticket prices at this year's Open are jointly set by West Side and the U.S.T.A. Yesterday an afternoon ticket cost $12.50, and a night ticket cost $6. Tomorrow and Sunday each ticket will cost $15.

The U.S.T.A. and West Side have been publicly feuding since it was announced that the U.S.T.A. intended to move the Open to Flushing Meadow and signed a 15-year lease agreement with New York City to do so.

Hoffman and Hester engaged in public debate about the reasons for this move as recently as last month, at press tennis tournament; Hoffman has accused Hester of "always wanting" to move the Open and not negotiating in good faith.

Yesterday's flare-up was just another in a series of events that has given a bizarre quality to this year's Open. There were the controversy over the inclusion of Dr. Renee Richards, the transsexual, in the women's draw; a bomb scare, and a shooting of a fan in the stands of Forest Hills Stadium. A demonstration by anti-apartheid forces is planned for Sunday, to protest the inclusion of South African players in the tournament.

Another dispute occurred yesterday, as many afternoon ticketholders, who thought they had bought tickets for the men's quarterfinal round, were miffed that the Jimmy Connors-Manuel Orantes match had been scheduled for the night program. Although the U.S.T.A., which makes the schedule, had never told the fans that all the men's quarterfinal matches would be played yesterday afternoon, many felt cheated by the scheduling. Only one men's quarterfinal match, Corrado Barazzutti versus Brian Gottfried, was played yesterday afternoon.

Typical of the fans' reaction was this from Sandra Brown, who came here from Wilmington, Del., just to see the quarterfinal round:

"We certainly thought we'd be seeing Connors and Orantes. We paid $12.50 for each ticket, and I don't think it's worth our money to see this kind of poor quality."

This is the first year that the Open has played night matches this late in the tournament. Mike Blanchard, the tournament referee, who made this schedule, said that he had put the Barazzutti-Gottfried match on in the afternoon because Barazzutti had very poor eyesight at night and would be at a severe disadvantage playing then.

Blanchard said he had known that by splitting the men's quarterfinalround matches he would make "12,000 fans mad." But he said that the stadium was sold out for both the afternoon and the night sessions and that bath crowds deserved to see one of the two men's quarterfinal matches scheduled for yesterday.

**The Summaries**

**MEN'S DOUBLES**

**SEMIFINAL ROUND**

Bob Hewitt, South Africa, and Frew McMillan, South Africa, defeated Bob Carmichael, Australia, and Brian Teacher, United States. 6-2, 4-6, 6-3,

**WOMEN'S DOUBLES**

**THIRD ROUND**

Martina Nawratilova, United States, and Betty Stove, the Netherlands, defeated Chris Mattson, Australia, and Pam Whytcross, Australia, 6-4, 4-6, 6-2; Julie Anthony, United States, and Billie Jean King, United States, defeated Brigitte Cuypers, South Africa, and Malin Kruger, South Africa. 1-4,1-5.

**QUARTERFINAL ROUND**

Exhibit D

Kerry Reid, Australia, and Greer Stevens, South Africa, defeated Virginia Wade, Britain, and FrancoIse Durr, France, 6-2, 6-2; Renee Richards, United States, and Bellyann Stuart, United States, defeated Lesley Charles, Britain, and Sue Mapoin, Britain, 7-6, 6-4; Lele Forood, United States, and Racauel Giscafre. Argentina, defeated Pat Bostrom, United States, and Mary Canis, United States, 6-4, 7-5.

**MIXED DOUBLES**

SECOND ROUND Billie Jean King, United States, and Vitas Gerulaitis, United States, defeated Virginia Ruici, Rumania, and John Feaver, Britain, 6-1, 6-2; Kristien Shaw, United States, and Butch Waits, United States, defeated Wendy Turnbull, Australia, and John Marks, Australia, 4-6. 7-6, 6-2; Kathy May, United States, and Brian Teacher United States, defeated Betsy Nagelsen, United States, and George Hardie, United States, 7-5, 5-7, 6-4; Betty Stove, the Netherlands, and Frew McMillan, South Africa, defeated Rayni Foe, United States, and Van Winitsky, United States, 6-4, 6-3; JoAnne Russell, United States, and Fred McNair, United States, defeated Tracy Austin, United States, and Jeff Austin, United States, 6-4, 6-4.

Exhibit D