Case 1:26-cv-03701-AT    Document 1-5    Filed 03/09/26    Page 1 of 4

**The New York Times** | https://www.nytimes.com/1993/02/10/us/william-slew-hester-80-us-tennis-executive.html

# William (Slew) Hester, 80, U.S. Tennis Executive

**By Robert Mcg. Thomas Jr.**

Feb. 10, 1993



See the article in its original context from
February 10, 1993, Section D, Page 23    Buy Reprints

**VIEW ON TIMESMACHINE**

TimesMachine is an exclusive benefit for home delivery and digital subscribers.

*About the Archive*

*This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

*Occasionally the digitization process introduces transcription errors or other problems; we are continuing to work to improve these archived versions.*

Exhibit E

William (Slew) Hester, the gruff-drawling tennis official who almost singlehandedly wrenched the United States Open from its cramped roots in Forest Hills and transplanted it to a sprawling new National Tennis Center in Flushing Meadows-Corona Park, died Monday night at his home in Jackson, Miss. He was 80.

His family said the cause of death was congestive heart failure after a 20-year bout with rheumatoid arthritis.

A native of Mississippi, Mr. Hester was a hulking, cigar-chomping politician who was forever underestimated. No Mere Amateur

By the time he became president of the United States Tennis Association in 1977, however, at least some in the world of tennis came to realize there was more to him than the blather of a former amateur tennis player with 500 trophies and a salesman who had made a small fortune selling participation interests in prospctive oil wells.

As a friend, Randy Gregson, a later U.S.T.A. president, put it yesterday, "He was rough and gruff with a heart of stone."

Mr. Hester's commitment to move the United States Open to a larger facility is largely credited with the ensuing popularity of the tournament and the growth of professional tennis in the United States. Outmaneuvered Forest Hills

Unfortunately for tennis traditionalists, his appreciators were not among the officials of the West Side Tennis Club in Forest Hills. Smug in the knowledge that the Open had no place to go and no time to get there with the 1978 Open less than a year away, West Side officials began negotiations over improvements thinking that the U.S.T.A. clearly needed the club far more than the club needed the Open.

What happened next became a legend in the annals of the New York City construction industry and led to what has become known as "the House That Slew Built."

Exhibit E

Determined to keep the Open in New York, Mr. Hester had his friend, Mayor Moon Landrieu of New Orleans, then the president of the National Mayors Association, call his friend, Mayor Abraham Beame of New York, who turned the matter over to his friend, Lew Rudin, the real estate executive. Mr. Rudin met Mr. Hester at the airport one day in December 1977, and drove him around to various sites, including Louis Armstrong Stadium, the former Singer Bowl, which had been left in Flushing Meadows-Corona Park after the 1964-65 New York World's Fair. A Quick Deal

The stadium required extensive renovation, and further construction was necessary. But Mr. Hester saw the possibilities of the 200-acre site, 20 times the size of the Forest Hills venue. After four hours of cordial negotiations with city officials, he had a deal and the total cooperation of the city bureaucracy.

"They were throwing permits at us," Mr. Gregson recalled yesterday. "We could have built anything we wanted to there."

Under Mr. Hester's patient, paternal guidance, the city's unions provided quick cooperation. When two huge electrical transformers were due to arrive in the midst of a Teamsters strike, Mr. Gregson recalled, the site foreman obligingly told his unionized men to take a long lunch hour, and when they returned, the transformers had mysteriously materialized on the site. "Little fairies had brought them," Mr. Gregson said. Miscalculation on Planes

Mr. Hester did make one mistake. Because he first toured the site in December, when the prevailing northwesterly winds dictate other takeoff and landing patterns, he did not realize that the Open would be plagued during its late-summer run by the drone of planes taking off from runway 13 at La Guardia Airport next door.

William Ewing Hester Jr. was born in Hazlehurst, Miss., 30 miles south of Jackson. After attending Millsaps College in Jackson, he became a salesman and was the local distributor for White Trucks, and Carrier and General Electric air conditioners in 1955 when he teamed up with a geologist to operate as an oil wildcatter.

Exhibit E

For all his tennis innovations, Mr. Hester also saw himself as a man of tradition, as he made clear in 1978 when he placed a sprig of potted ivy at the entrance to his new tennis center at Flushing Meadows underneath a handwritten sign: "Watch Tradition Grow!"

Mr. Hester is survived by a daughter, Kathryn Healy Hester, a lawyer in Jackson; two sons, William 3d, a lawyer in New Orleans, and George Thomas, a nurse in Jackson, and three grandchildren.

A version of this article appears in print on , Section D, Page 23 of the National edition with the headline: William (Slew) Hester, 80, U.S. Tennis Executive

Exhibit E