## ABSOLUTE RELEASE WITH COVENANTS

(A)    FOR AND IN CONSIDERATION of the consideration hereinafter stated and for other good and valuable consideration, the sufficiency of which is hereby expressly acknowledged, the undersigned, Kathryn H. Hester, William E. Hester, III, and George T. Hester (individually and collectively "the Hesters"), their heirs, successors, representatives and assigns do hereby remise, release, discharge and forever acquit the United States Tennis Association Incorporated, the USTA National Tennis Center Incorporated and each and all of their agents, servants, employees, representatives, parent, affiliate or subsidiary corporations, successors, assigns, attorneys, and any and all persons, firms and/or corporations, or entities (individually and collectively the "USTA") who may in any manner be liable therefor from any and all types of damages, loss or injury, including but not limited to, claims for monies, claims for breach of contract, claims for defamation, claims for punitive damages, attorneys' fees, and all other known or unknown claims and causes of action that the Hesters may now or at any time hereafter have on account of or in any way relating to the rights or alleged rights to purchase a certain box in the Arthur Ashe Stadium at the U.S. Open Tennis Championships (the "U.S. Open") from the USTA and the alleged breach of duties, obligations and claims in the case styled <u>Kathryn H. Hester, William E. Hester, III, and George T. Hester vs. United States Tennis Association, Inc.</u>, Civil Action No. 3:97 cv631BN, pending in the United States District Court for the Southern District of Mississippi (the "Civil Action").

(B)    IT IS FURTHER REPRESENTED, COVENANTED AND WARRANTED that in consideration for (1) the subscription rights to Box 38G in Arthur Ashe Stadium upon timely

Exhibit F

payment of the applicable annual charges and subject to  the same terms and conditions as other purchasers as more fully set forth in Exhibit A attached hereto and made a part hereof, beginning in 1998 and continuing for the lifetime of the Hesters or until such time as the U.S. Open is no longer contested at the Arthur Ashe Stadium, whichever is earlier; and (2) eight bus passes for transportation to and from the USTA National Tennis Center for the Hesters and their guests during the U.S. Open for the lifetimes of the Hesters or for such time as regular bus service is provided during the U.S. Open, or until the Hesters cease subscribing to said Box 38G, whichever is earlier; and (3) not more than thirty-five passes to Slew's Place for each day of the U.S. Open, for the lifetimes of the Hesters or for such time as Slew's Place is in operation and the U.S. Open is contested at the Arthur Ashe Stadium, or until the Hesters cease subscribing to said Box 38G, whichever is earlier; and (4) the right to use Box 50A in the Louis Armstrong Stadium during the U.S. Open for a period of five years beginning in 1998 without charge (but only if the Hesters continue to subscribe to said Box 38G during said five years), the Hesters agree to dismiss the Civil Action with prejudice.

(C)    IT IS AGREED that upon the execution of this Absolute Release with Covenants the Hesters and the USTA will sign as agreed and present to the court a final judgment dismissing the Civil Action and all aspects thereof with prejudice.

(D)    It is further understood and agreed by the undersigned that the provisions of this Release, specifically including, but not limited to, the aforementioned consideration, are applicable to the Hesters (as defined or identified in paragraph (A) above), for their respective lifetimes only; that no interest, right, nor agreement of any kind is created or intended with or for the benefit of any person or persons other than the Hesters; that in the event that one or more of the Hesters

Exhibit F

should predecease the other(s), the remaining one or ones of the Hesters shall remain subject to the provisions of this Release.

It is expressly understood and agreed that by virtue of the consideration set forth above in paragraph (B), the Hesters do not and will not have any rights or obligations regarding any tickets or box in any stadium not specifically named herein, nor in any stadium not yet in existence.

(E)    THE HESTERS COVENANT, WARRANT AND AGREE that for the consideration aforesaid, any and all claims for damages and loss of all forms whatsoever, without limitation, possessed by the Hesters against the USTA are wholly and finally satisfied and extinguished.

(F)    EACH OF THE HESTERS REPRESENTS AND COVENANTS as a material condition of this settlement that he or she is an adult, is under no disability of any kind, and is fully competent and authorized to execute this release and agreement on his or her own behalf. Each of the undersigned Hesters also further certifies that this settlement and its terms have been fully, freely and voluntarily accepted by him/her and that he/she has fully read and understood this document and its terms or has had it explained to him/her by his/her attorneys.

(G)    THE UNDERSIGNED REPRESENTATIVE OF THE USTA REPRESENTS AND COVENANTS as a material condition of this settlement that he is an adult, under no disability of any kind, and is fully competent and authorized to execute this release and agreement on USTA's behalf.    The undersigned in all capacities acknowledges and agrees that the aforesaid representations as to his authority are material representations upon which this settlement is based and without which this settlement would not be made and/or consummated.    The undersigned also further certified that this settlement and its terms have been fully, freely and voluntarily accepted

3

Exhibit F

by him or her, that he or she has fully read and understood this document and its terms or has had it explained to him or her by his or her attorneys.

(H)    AND SINCE THE PURPOSE OF THIS SETTLEMENT IS TO END THIS MATTER FOREVER, the Hesters agree, covenant and warrant that should it develop that there are any errors or mistakes, whether legal or factual and whether mutual or unilateral, which cause this Absolute Release with Covenants to be defective or which cause the release of the USTA to be less than full and complete, then the Hesters will execute any and all instruments and do any and all things necessary to effectuate a full, final and complete release of the USTA and all others having any liability in the premises.

WITNESS our signatures, this the 12th day of March, 1998.

_____
Kathryn H. Hester

_____
William E. Hester, III

_____
George T. Hester

WITNESS my signature, this the 17th day, of March, 1998.

_____
Harry A. Marmion
Chairman of the Board and President,
United States Tennis Association Incorporated

4

Exhibit F

U.S. OPEN TENNIS CHAMPIONSHIPS
TICKET DEPARTMENT
USTA NATIONAL TENNIS CENTER INCORPORATED
Flushing Meadows, Corona Park
Flushing, NY 11368-1443

Telephone 718 760-6200
Fax 718 592-9587

Mr. William Hester III
The Hester Family
1600 Energy Centre
New Orleans, LA 70163

EXHIBIT A

## 1998 Ticket Subscription Invoice

| Description | Level | Box | Row | Seats | Units | Price | Total |
|---|---|---|---|---|---|---|---|
| Platinum Courtside Box | PLATNM | 38 | G | 1- 8 | 8 | 5625.00 | $45,000.00 |
| Stadium 2 Courtside Box | COURT2 | 51 | A | 1- 6 | 6 | 0.00 | $0.00 |
| Marquee Parking Book | | | | | 1 | 0.00 | $0.00 |

| Additional if desired: | | | | |
|---|---|---|---|---|
| Stadium 2 Courtside Box | [ ] | @ | 600.00 | $ _____ |
| Hall of Science Parking | | @ | 250.00 | $ _____ |

Invoice Date:    March 3, 1998

Account Name:  **The Hester Family**

Account #:    **BC - 758**

Total Charges:    $45,000.00

Amount Paid:    $0.00

Balance Due:    $45,000.00

Please make check payable to **USTA** and mail to:

U.S. Open Ticket Department
USTA National Tennis Center
Flushing Meadows-Corona Park
Flushing, NY 11368

*Payment is due by March 15, 1998.*

Thank you.

*Kindly verify or update your day phone number:*    **(504)596-4116**

Tickets are personal licenses issued at the sole discretion of the USTA; USTA retains the right at any time to revoke any subscription or tickets issued thereunder, for ar reason, by refunding the balance of the subscription price less event usage at established ticket prices as determined by the USTA in its sole discretion. Transfer or resale ticket subscriptions or tickets issued thereunder without the written agreement of the USTA is not permissible and results in recision of any such subscription or tickets l return of the subscription price less event usage at established ticket prices. The providing of tickets to invited business or social guests of a subscriber without charge do not constitute a transfer or resale. Renewal of any subscription is at the sole discretion of the USTA and the USTA reserves the right for any reason whatsoever not to rene any subscription or to change the seat location previously assigned to any subscription. Upon receipt of tickets, risk of loss or theft of tickets shall pass to subscriber; UST shall not be obligated to admit subscriber to events unless applicable tickets are presented at such time. Tickets purchased for the entire tournament, (e.g. box and ser seats) and complimentary tickets, shall not be entitled to any exchange or refund if a session is canceled for any reason. Subscription accounts may be in the name of individual, partnership, corporation or other entity. The name on the account will determine the subscriber of record with the USTA and may not be changed without t agreement of the USTA. The use of other names on invoices, mailing addresses, checks for payment or otherwise shall have no effect and does not change the identity the subscriber of record. Tickets may not be used for advertising, promotion, contests, sweepstakes or other trade purposes without the express written consent of the UST Forwarding of this application to the USTA constitutes agreement to the foregoing terms.

Signature  _Kathryn H Hester_

Signature  _____

Signature  _William E. Hester III_

Subscribers

Exhibit F

STATE OF MISSISSIPPI
COUNTY OF HINDS

PERSONALLY appeared before me, the undersigned authority in and for the aforesaid jurisdiction, Kathryn H. Hester, who, being first duly sworn, stated on her oath that she did sign and deliver the foregoing instrument on the date set forth herein and for the reasons therein stated.
SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 1998.

_____
Notary Public

My Commission Expires: _____

STATE OF Louisiana
COUNTY/PARISH OF Orleans

PERSONALLY appeared before me, the undersigned authority in and for the aforesaid jurisdiction, William E. Hester, III, who, being first duly sworn, stated on his oath that he did sign and deliver the foregoing instrument on the date set forth herein and for the reasons therein stated.
SWORN TO AND SUBSCRIBED BEFORE ME, this the 12TH day of MARCH, 1998.

_____
Notary Public

My Commission Expires: at death

STATE OF MISSISSIPPI
COUNTY OF HINDS

PERSONALLY appeared before me, the undersigned authority in and for the aforesaid jurisdiction, George T. Hester, who, being first duly sworn, stated on his oath that he did sign and deliver the foregoing instrument on the date set forth herein and for the reasons therein stated.
SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 1998.

_____
Notary Public

My Commission Expires: _____

6

Exhibit F

STATE OF NEW YORK
COUNTY OF ___SUFFOLK___

PERSONALLY appeared before me, the undersigned authority in and for the aforesaid jurisdiction, Harry A. Marmion, who, being first duly sworn, stated on his oath that he did sign and deliver the foregoing instrument on the date set forth herein and for the reasons therein stated, for and on behalf of United States Tennis Association Incorporated and the USTA National Tennis Center Incorporated, being first duly authorized to do so..

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___17TH___ day of ___MARCH___, 1998.

_____
Notary Public

My Commission Expires:

_____

HERBERT JANNSEN
Notary Public, State of New York
No. 4662189, Suffolk County
Commission Expires June 30, 19__99__

AGREED TO AND APPROVED AS TO FORM:

_____
COUNSEL FOR THE HESTERS

_____
COUNSEL FOR THE USTA

7

Exhibit F