UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM E. HESTER, III and KATHRYN H.
HESTER,

                        Plaintiffs,

       -against-

UNITED STATES TENNIS ASSOCIATION,
INC.,

                        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/11/2026
```

26 Civ. 3701 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 5, 2026, the above-captioned case was transferred to this District from the United States District Court, District of Mississippi, and assigned to the undersigned. By **May 18, 2026**, the parties shall file a joint status update. The status update shall identify all pending motions, address the status of fact discovery, and state whether the parties anticipate filing any further motions at this time.

    SO ORDERED.

Dated: May 11, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge