

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

May 18, 2026

**<u>Via ECF</u>**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl St., Courtroom 15D
New York, NY 10007-1312

   Re: Joint Status Update Filed Pursuant to the May 12, 2026 Order in *Hester v. United States Tennis Association, Inc.*, Case No. 1:26-cv-03701-AT

Dear Judge Torres:

 Plaintiffs William E. Hester, III and Kathryn H. Hester ("Plaintiffs") and Defendant United States Tennis Association, Incorporated ("USTA") submit this joint status update in response to the Court's May 12, 2026 Order (ECF No. 32).

 As the Court is aware, on May 5, 2026, this matter was transferred to the Southern District of New York from the Southern District of Mississippi, where it was commenced on March 9, 2026. In this action, Plaintiffs allege that the USTA breached a 1998 Settlement Agreement, pursuant to which Plaintiffs were granted the right to purchase specific box seats in Arthur Ashe Stadium at the US Open Tennis Championships ("US Open") held annually at the USTA Billie Jean King National Tennis Center in Flushing, New York. Plaintiffs assert claims for breach of contract, bad faith breach of contract, and injunction and specific performance. The USTA contends that it has fulfilled its obligations under the Settlement Agreement, allowing Plaintiffs to purchase premium, courtside tickets to the US Open every year for nearly thirty years, including for the upcoming 2026 US Open.

 Prior to transfer, Plaintiffs' Motion for a Preliminary Injunction (ECF Nos. 6–7) was fully briefed, and currently remains under submission. Plaintiffs request a hearing on that Motion, while defendant believes the motion can be taken on submission. If the Court concludes that a hearing is warranted, the parties would request an opportunity to discuss the scope of the hearing, and whether it will consist of argument only, or the presentation of evidence. No other motions are pending before the Court.

 The parties have not yet held an initial scheduling conference, nor has fact discovery begun.

 We look forward to discussing the case with Your Honor at the Court's earliest convenience.

Respectfully submitted,

BY: *Simon T. Bailey*

Simon T. Bailey
P. Garner Vance
Bradley Arant Boult Cummings, LLP
188 E. Capitol Street, Suite 1000
Jackson, MS 39201
(601) 592-9941
sbailey@bradley.com
gvance@bradley.com

*Counsel for Plaintiffs*

BY: *Jeffrey I. Carton*

Jeffrey I. Carton, Esq.
Catherine H. Friesen, Esq.
Denlea & Carton LLP
2 Westchester Park Drive, Suite 410
White Plains, NY 10604
(914) 331-0100
jcarton@denleacarton.com
cfriesen@denleacarton.com

*Counsel for Defendant*